# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

|  |  |
|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION  ) ) ) ) ) ) | MDL No. 2820<br><br>Relates to:<br>Whitehead v. Monsanto,<br>Case No. 18-cv-025-SNLJ |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE Plaintiffs Whitehead Farms and Kevin Whitehead voluntary dismiss their claims in accordance with FRCP 41(1)(a)(1) without prejudice. Pursuant to the orders of this Court, Plaintiffs have delivered Defendants a completed Plaintiffs Fact Sheet.

/s/ Scott Poynter
Scott Poynter
scott@poynterlawgroup.com
**POYNTER LAW GROUP**
400 W. Capitol Ave., Ste. 2910
Little Rock AR 72201
(501) 251-1587

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 31st day of August, 2018, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Scott Poynter

SO ORDERED this 11th day of October, 2018. _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE